```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
    FRANCES KALENDER, on behalf of herself and all    :
    others similarly situated,                         :
                                                       :
                                        Plaintiff,     :         1:20-cv-3396-GHW
                    -against-                          :
                                                       :              ORDER
    FRANKLIN LIMESTONE COMPANY, LLC,                   :
                                                       :
                                        Defendant.     :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2020

GREGORY H. WOODS, United States District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than August 24, 2020. Dkt. No. 5. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than August 28, 2020. Plaintiff is directed to serve a copy of this order on Defendant, and to retain proof of service.

SO ORDERED.

Dated: August 26, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge