UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

FRANCES KALENDER, on behalf of himself and all others similarly situated,
    Plaintiff,

v.

FRANKLIN LIMESTONE COMPANY, LLC,

    Defendant.
_____/

CASE NO.: 1:20-cv-3396

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, Franklin Limestone Company, LLC, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Franklin Limestone Company, LLC, shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: August 26, 2020

Respectfully Submitted,

/s/David Paul Force
David Paul Force Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
dforce@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

Plaintiff has voluntarily dismissed this case without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of Court is therefore directed to adjourn all deadlines and close this case.

Dated: August 27, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge